FILED
CLERK, U.S. DISTRICT COURT

APR 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP ELLERY SHAW, ) | No. ED CV 06-1081-ABC(CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| M. R. BUNTS, ) | |
| ) | |
| Defendant. ) | |
| ————————————————————) | |

   **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:   ___4/30/08_____

_____
AUDREY B. COLLINS
United States District Judge